**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02996

REGINA GADERICK,

      Plaintiff,

v.

LANDMARK RECOVERY OF COLORADO, LLC and
LANDMARK RECOVERY OF LOUISVILLE, LLC,

      Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBITS TO
DEFENDANTS' NOTICE OF REMOVAL AS RESTRICTED**

---

Defendants, Landmark Recovery of Colorado, LLC and Landmark Recovery of Louisville, LLC ("Defendants"), by and through their counsel, respectfully submits this unopposed Motion for Leave to File Under "Restricted" status Exhibit H to their Notice of Removal filed on November 13, 2023 [ECF No. 1], pursuant to D.C.COLO.LCivR 7.2, and states the following in support:

**CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1(A)**

Pursuant to D.C.COLO.LCivR 7.1(A), undersigned counsel conferred with counsel for Plaintiff regarding the relief requested herein and Plaintiff's counsel does not oppose this Motion.

1.    Exhibit H to Defendants' Notice of Removal contains personal and confidential information specific to Plaintiff's pay while employed with Defendants and should be protected from public access. Exhibit H is an essential document to be considered as part of the Notice of Removal.

WHEREFORE, Defendants respectfully request the Court to enter an order granting leave to file Exhibit H to their Notice of Removal under Level 1 restricted status.

Respectfully submitted this 13th day of November, 2023.

JACKSON LEWIS P.C.

*s/ Ryan P. Lessmann*
Ryan P. Lessmann
Tiffany E. Alberty
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone:  (303) 892-0404
Ryan.Lessmann@jacksonlewis.com
Tiffany.Alberty@jacksonlewis.com

*ATTORNEYS FOR DEFENDANTS*

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of November, 2023, a true and correct copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBIT TO THEIR NOTICE OF REMOVAL** was filed via CM/ECF upon the following:

Hunter A. Swain
SWAIN LAW, LLC
1490 Lafayette Street, Suite 303
Denver, CO 80218
hunter@swainemploymentlaw.com

J. Bennett Lebsack
LOWREY PARADY LEBSACK, LLC
1490 Lafayette Street, Suite 304
Denver, CO 80218
ben@lowrey-parady.com

*Attorneys for Plaintiff*

*s/ Christopher D. Trujillo*
for Jackson Lewis P.C.