IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02996-NRN

REGINA GADERICK,

Plaintiff,

v.

LANDMARK RECOVERY OF COLORADO, LLC, and
LANDMARK RECOVERY OF LOUISVILLE, LLC,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     This matter is before the Court on Plaintiff's Unopposed Motion for Leave to File First Amended Complaint and Add Claim for Exemplary Damages (Dkt. #26). D.C.COLO.LCivR 15.1(a) provides, "[a] party . . . who files an amended pleading under Fed. R. Civ. P.15(a)(1) or with the consent of the opposing party shall file a separate notice of filing the amended pleading and shall attach as an exhibit a copy of the amended pleading which strikes through (e.g., ~~strikes through~~) the text to be deleted and underlines (e.g., <u>underlines</u>) the text to be added." Plaintiff's motion attaches a clean copy of the proposed amended complaint, but not a redline as required by the Local Rules. (See Dkt. #26-2.)

     Accordingly, it is hereby ORDERED that Plaintiff shall file a copy of the proposed amended complaint in accordance with D.C.COLO.LCivR 15.1(a) no later than close of business on March 4, 2024.

Date: March 4, 2024