**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:23-cv-02996-NRN

REGINA GADERICK,

    Plaintiff,

v.

LANDMARK RECOVERY OF COLORADO, LLC and
LANDMARK RECOVERY OF LOUISVILLE, LLC,

    Defendants.

## NOTICE OF SETTLEMENT

The Parties, through their respective counsel, notify the Court that they have reached an agreement to settle all of the claims that were brought, or could have been brought in this action and are in the process of finalizing settlement of this matter. The Parties anticipate filing a Stipulation to Dismiss with Prejudice no later than November 6, 2024.  The Parties request that all deadlines be stayed until that time.

Respectfully submitted this 14th day of October, 2024.

| SWAIN LAW, LLC | JACKSON LEWIS P.C. |
|---|---|
| *s/ Hunter A. Swain* | *s/ Ryan P. Lessmann* |
| Hunter A. Swain, Esq. | Ryan P Lessmann, Esq. |
| 1490 North Lafayette Street, Suite 303 | Michael J. Breaker, Esq. |
| Denver, Colorado 80218 | 950 17th Street, Suite 2600 |
| Telephone: (720) 815-5281 | Denver, Colorado 80202 |
| hunter@swainemploymentlaw.com | Telephone: (303) 892-0404 |
| | Ryan.Lessmann@jacksonlewis.com |
| J. Bennett Lebsack, Esq. | Michael.Breaker@jacksonlewis.com |
| LOWREY PARADY LEBSACK LLC | |
| 1490 North Lafayette Street, Suite 304 | *Attorneys for Defendants* |
| Denver, Colorado 80218 | |
| Telephone: (303) 593-2595 | |
| ben@lowrey-parady.com | |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of October, 2024, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was filed and served via CM/ECF on the following:

> Hunter A. Swain
> SWAIN LAW LLC
> 1490 Lafayette Street, Suite 303
> Denver, CO 80218
> hunter@swainemploymentlaw.com
>
> J. Bennett Lebsack
> LOWREY PARADY LEBSACK, LLC
> 1490 Lafayette Street, Suite 304
> Denver, CO 80218
> ben@lowrey-parady.com
>
> *Attorney for Plaintiff*

*s/ Amber Gonzales*
For Jackson Lewis P.C.

2