# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02996-NRN

REGINA GADERICK,

    Plaintiff,

v.

LANDMARK RECOVERY OF COLORADO, LLC and
LANDMARK RECOVERY OF LOUISVILLE, LLC,

    Defendants.

## STIPULATION FOR DISMISSAL

The parties, Regina Gaderick, Landmark Recovery of Colorado, LLC, and Landmark Recovery of Louisville, LLC, stipulate to the voluntary dismissal of this case with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear her/its own costs and attorneys' fees.

Respectfully submitted this 15th day of October, 2024, by:

| | |
|---|---|
| Lowrey Parady Lebsack, LLC<br>*s/ J. Bennett Lebsack*<br>J. Bennett Lebsack<br>1490 Lafayette Street, Suite 304<br>Denver, CO 80218<br>Phone: (303) 593-2595<br>ben@lowrey-parady.com | JACKSON LEWIS P.C.<br><br>*s/ Ryan P. Lessmann*<br>Ryan P. Lessmann<br>Michael J. Breaker<br>950 17th Street, Suite 2600<br>Denver, CO 80202<br>Phone: (303) 892-0404<br>Fax: (3030) 892-5575<br>Ryan.Lessmann@jacksonlewis.com<br>Michael.Breaker@jacksonlewis.com<br><br>*Attorneys for Defendants* |
| Swain Law, LLC<br>*s/ Hunter A. Swain*<br>Hunter A. Swain<br>1490 North Lafayette Street, Suite 303<br>Denver, CO 80218<br>Phone: (720) 815-5281<br>hunter@swainemploymentlaw.com<br><br>*Attorneys for Plaintiff* | |